UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| RAMIL MANSOUROV, | : | CIV. NO. 21-1111 (RMB) |
| Petitioner | : | |
| v. | : | **OPINION** |
| | : | |
| DAVID E. ORTIZ, WARDEN | : | |
| Respondent | : | |

BUMB, District Judge

This matter comes before the Court upon Respondent's letter request (Dkt. No. 6) to dismiss as moot this habeas corpus proceeding under 28 U.S.C. § 2241, because Petitioner was released from custody on December 27, 2021,[1] having completed his sentence. Petitioner, Ramil Mansourov, previously confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking earlier release from confinement and alleging the Bureau of Prisons failed to award his earned Time Credits pursuant to the First Step Act. (Pet., Dkt. No. 1.)

"Under Article III of the Constitution, a federal court may adjudicate 'only actual, ongoing cases or controversies.'" Burkey v. Marberry, 556 F.3d 142, 147 (3d Cir. 2009), Lewis v. Continental Bank Corp., 494 U.S. 472, 477 (1990)). "[T]hroughout the litigation, the plaintiff 'must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision.'" Id. (quoting Spencer v. Kemna, 523 U.S. 1, 7 (1998) (quoting Lewis, 494 U.S. at 477). Plaintiff, having been released from custody, can no longer be provided with earlier release from confinement. Therefore, the

---

[1] The Court takes judicial notice under Federal Rule of Evidence 201(b) of the Bureau of Prisons ("BOP)' Inmate Locator, available at www.bop.gov.

Court will dismiss the petition as moot, without prejudice to Petitioner reopening this action if he can establish a collateral consequence from the BOP's alleged refusal to award earned Time Credits under the First Step Act.

An appropriate Order follows.

**Date:  January 26, 2022**

                                                s/Renée Marie Bumb
                                              **RENÉE MARIE BUMB**
                                                **United States District Judge**